IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                      Case No.: **1:18-cr-00219-ESH-1**

AUSTIN PIERRE BOYKINS,
    Accused.

### MOTION FOR SUBSTITUTION OF COUNSEL

Comes now the defendant, AUSTIN PIERRE BOYKINS, by and through counsel and moves this Honorable Court to substitute Robert L. Jenkins, Jr., Esq. as his counsel of record in the above-styled matter.

Respectfully Submitted,

By Counsel

/s/
Robert L. Jenkins, Jr.
Bynum & Jenkins
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, VA 22314
Telephone 703 309 0899
Fax 703 549 7701
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant AUSTIN PIERRE BOYKINS

SEEN AND AGREED:

AUSTIN PIERRE BOYKINS
Defendant